# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| HAROLD E. RUTILA, IV, *Plaintiff,* vs. ROM Technologies, Inc.; MICHAEL BISSONNETTE; PETER ARN; STEVE SIEGEL; ALAN TUCKER, *Defendants*. | Case No. 2:22-cv-12622-LJM-JJCG **NOTICE OF VOLUNTARY DISMISSAL** [Assigned to the Honorable Magistrate Judge Jonathan J.C. Grey] |

The parties have agreed to privately settle all claims alleged herein. For this reason, Plaintiff provides this Notice of Voluntary Dismissal, pursuant to FED. R. CIV. PROC. 41(a), and requests that the Court dismiss this case with prejudice.

Respectfully submitted,

DATED: DECEMBER 2, 2022

<u>s/ Harold Edward Rutila IV</u>

Harold E. Rutila IV
*In Pro Se*
3800 Greenfield Rd #1958
Dearborn, MI 48120
(810) 845-3497
h.rutila@gmail.com

**CERTIFICATE OF SERVICE**

On December 2, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Michigan, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*s/ Harold Edward Rutila IV*
Harold Edward Rutila IV
*Pro Se*
